No. 450. EL PUEBLO *v.* RAMÍREZ.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en junio 4, 1912. Desistida la apelación a instancia del apelante. Abogado del apelante: *Sr. Ricardo A. Gómez.* Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*

---

No. 871. SANTOS *v.* FRANCO ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Resuelto en junio 4, 1912. Desistimada la apelación a instancia del apelado por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil enmendado por ley de marzo 9, 1911, y 40 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sres. Bosch y Soto.* Abogado de la parte contraria: *Sr. Rafael López Landrón.*

---

No. 872. YUMET & Co. *v.* QUIÑONES.—Apelación procedente de la Corte de Distrito de Aguadilla. Resuelto en junio 6, 1912. Desistida la apelación a instancia del apelante. Abogado del apelante: *Sr. Víctor P. Martínez.* Abogados de los apelados: *Sres. Reichard & Reichard.*

---

No. 306. EX PARTE MEDINA.—Petición de la National Surety Company sobre terminación de fianza notarial. Resuelto en junio 8, 1912. Mandamiento expedido al Notario Medina para que constituya nueva fianza notarial si desea seguir ejerciendo su profesión notarial. La National Surety Company compareció en nombre propio.

---

